Case 7:23-cv-00197   Document 38   Filed on 12/04/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **MARY ANN MADDEN,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:23-cv-00197 |
| | § | |
| **COSTCO WHOLESALE CORPORATION** | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF SETTLEMENT AND ORDER TO DISMISS

Plaintiff MARY ANN MADDEN hereby stipulates under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice against Defendant COSTCO WHOLESALE CORPORATION, as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

1. WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

2. WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

3. IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

4. The Parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

SIGNED AND ENTERED this   4th   day of        December       , 2024.

_____
HONORABLE DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

1023638 (8407.4)                                    1

Submitted by:

**THE OSIRIS A. GONZALEZ LAW FIRM, PLLC**
2015 E. Griffin Parkway
Mission, Texas 78572
(956) 583-4404
(956) 583-4401 Fax

By: /s/ *Osiris A. Gonzalez* with permission *GEP*

OSIRIS A. GONZALEZ
State Bar No. 24047463
oag@oaglawfirm.com
JUAN ROBERTO STILLMAN
State Bar No. 24052905
juan@oaglawfirm.com
*Counsel for Plaintiff*


**RAY | PEÑA | MCCHRISTIAN, P.C.**
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341-3554
(210) 341-3557 Fax

By: /s/ *Gabriel E. Pytel*
JOSEPH G. PEÑA
State Bar No. 24052898
jpena@raylaw.com
GABRIEL E. PYTEL
State Bar No. 24097242
gpytel@raylaw.com
*Counsel for Defendant*
*Costco Wholesale Corporation*